UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM HARWOOD,

                                   Plaintiff,

 -v-
                                                                                     Civil Case 1:21-cv-00364 (DNH/CFH)

THE TOWN OF ROTTERDAM and ROTTERDAM
POLICE DEPARTMENT,

                                   Defendants.
_____

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by and through their counsel in this action, hereby stipulate that all claims and counterclaims involving all parties are hereby dismissed with prejudice, without interest or costs, and with each party bearing its or his own attorneys' fees and costs, and with all parties waiving all right of appeal.

| | |
|---|---|
| **JAFRI LAW FIRM** | **BARCLAY DAMON LLP** |
| *s/ Farva Jafri* | *s/ Michael Murphy* |
| _____ | _____ |
| By: Farva Jafri, Esq. | By: Michael J. Murphy, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 50 Evergreen Row | 80 State Street |
| Armonk, NY 10504 | Albany, NY 12207 |
| (224) 267-0043 | (518) 429-4200 |
| fjafri@lookingglassfinancial.com | mjmurphy@barclaydamon.com |

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

**SO ORDERED**

**ENTERED**

Dated: 9-22-2022